## RECONSIDERATION DOCKET

**94–1650.** Jackson v. Plainville Concrete, Inc. *Clermont County,* No. CA93–10–075. Reported at 74 Ohio St.3d 1481, 657 N.E.2d 1375. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

**95–375.** Columbus Bar Assn. v. Schlosser. Reported at 74 Ohio St.3d 174, 657 N.E.2d 500. On motion for reconsideration. Motion denied.

DOUGLAS, Acting C.J., and PFEIFER, J., dissent.

MOYER, C.J., not participating.

**95–376.** Columbus Bar Assn. v. Elsass. Reported at 74 Ohio St.3d 174, 657 N.E.2d 500. On motion for reconsideration. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

MOYER, C.J., not participating.

**95–1480.** State v. Weigand. *Tuscarawas County,* No. 94AP050033. Reported at 74 Ohio St.3d 1482, 657 N.E.2d 1375. On motion for reconsideration. Motion denied.

**95–1801.** Martin v. Wayne Mut. Ins. Co. *Wayne County,* No. 2921. Reported at 74 Ohio St.3d 1482, 657 N.E.2d 1375. On motion for reconsideration. Motion denied.